

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

TODD GROVER FISCHER,
    a/k/a "Satan,"

    Defendant.

_____/

Case: 2:22-cr-20185
Assigned To : Roberts, Victoria A.
Referral Judge: Altman, Kimberly G.
Filed: 4/6/2022
IND USA V FISCHER (LH)

Violation(s):
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

On or about January 12, 2022, in the Eastern District of Michigan, defendant TODD GROVER FISCHER, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is:

    a.  one black/brown handle RG 14 revolver, serial number L498905, said firearm having previously traveled in interstate and/or foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

### (Criminal Forfeiture – 18 U.S.C. § 924(d) and 28 U.S.C. § 2461)

The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461. Upon conviction of the violation charged in Count One of this indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation the offenses including, but not limited to, one black/brown handle RG 14 revolver, serial number L498905, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28 United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Date: **APR 0 6 2022**

Dawn Ison
United States Attorney

*s/Craig Wininger*
Craig Wininger
Assistant United States Attorney
Chief,
Violent and Organized Crime Unit

*s/Eric M. Straus*
Eric M. Straus
Assistant United States Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22−cr−20185<br>Assigned To : Roberts, Victoria A.<br>Referral Judge: Altman, Kimberly G.<br>Filed: 4/6/2022<br>IND USA V FISCHER (LH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _EMS_ |

Case Title: USA v. TODD GROVER FISCHER

County where offense occurred : Macomb

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- no prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30024 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 6, 2022
Date

_/s/ Eric M. Straus_
Eric M. Straus
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9648
Fax:    (313) 226-5464
E-Mail address: eric.straus@usdoj.gov
Attorney Bar #: P-38266

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.